**Wittels McInturff Palikovic**

October 28, 2025

<u>Via ECF</u>
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Kandeh v. Nordvpn S.A. et al.*, 25 Civ. 2571 (ER)

Dear Judge Ramos,

We write on behalf of Plaintiffs and the proposed Class in accordance with Rule 1.E of Your Honor's Individual Practices to request a brief adjournment of the deadline for Plaintiffs' opposition to Defendants' motion to dismiss. Defendants consent to Plaintiffs' request.

The current deadline for Plaintiffs' opposition is November 4, 2025. The requested new deadline is **November 14, 2025**. We also request a corresponding extension of Defendants' reply deadline. The reply is currently due on November 11. Accounting for federal holidays and a related court closure, the requested new reply deadline is **December 3, 2025**.

The reason for this request is that Plaintiff's counsel have several additional obligations in other pending class actions in the next two weeks and require additional time to fully respond to Defendants' motion.

This is Plaintiff's first request to adjourn the deadline for their opposition to Defendants' motion and besides Defendant's reply deadline addressed above, no other scheduled dates are affected.

Thank you for the Court's consideration of this request.

Respectfully Submitted,

/s/ Jessica L. Hunter
Jessica L. Hunter

*Counsel for Plaintiffs and the Proposed Class*

---

The request is granted. Plaintiffs' deadline to file their opposition to Defendants' motion to dismiss is November 14, 2025, and Defendants' reply is due December 3, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 28, 2025
New York, New York