

1900 M Street NW, Suite 250    **Phone:** +1 202 296 3585
Washington, DC 20036    **Website:** www.zwillgen.com

Adya S. Baker
(202) 706-5239
adya@zwillgen.com

April 29, 2026

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:    ***Kandeh v. NordVPN S.A., et al.*, Case No. 1:25-cv-02571-ER (S.D.N.Y.) —
> Joint Letter-Motion Requesting Stay of All Proceedings Pending Settlement**

Dear Judge Ramos:

Pursuant to Local Civil Rule 7.1(e) and the Court's Individual Practices § 1.E, Plaintiff Lanzy Kandeh and Defendants NordVPN S.A., Tefincom S.A. d/b/a NordVPN, and NordSec B.V. (collectively, the "Parties") respectfully submit this joint letter-motion requesting a stay of all proceedings in this action—including all pending deadlines and scheduled events—for ninety (90) days while the Parties finalize a class action settlement agreement. This request is made jointly and with the consent of all parties.

**Background**

Plaintiff filed the putative Class Action Complaint on March 28, 2025. *See* ECF No. 1. Defendants moved to dismiss the Complaint, and that motion is fully briefed. *See* ECF Nos. 42, 43, 54, and 58. Discovery has commenced and is ongoing. There has been one prior request for an extension of time in this case, made in connection with the briefing schedule on Defendants' motion to dismiss due to Plaintiff's counsel's scheduling obligations in other matters. *See* ECF No. 46. That request was granted. *See* ECF No. 47.

**Settlement in Principle**

On April 14, 2026, the Parties participated in a full-day mediation before Marc Isserles, Esq., at which they reached an agreement in principle to resolve this matter on a class-wide basis. The material terms of the settlement were memorialized in a Memorandum of Understanding executed that same day. Pursuant to that agreement, the Parties intend to file a motion for preliminary approval of the settlement within ninety (90) days of the mediation, i.e., by July 13, 2026. The Parties are currently working diligently to finalize a comprehensive settlement



1900 M Street NW, Suite 250    **Phone:** +1 202 296 3585
Washington, DC 20036    **Website:** www.zwillgen.com

Adya S. Baker
(202) 706-5239
adya@zwillgen.com

agreement and the supporting documents necessary for preliminary approval, including class notice materials and related filings.

**Requested Relief**

The Parties respectfully request that the Court stay all proceedings in this action for ninety (90) days. Continuing litigation—including discovery, pending motion practice, and other pretrial deadlines—would impose unnecessary burden and expense on the Parties and the Court during this period. A temporary stay will conserve judicial resources and allow the Parties to focus on finalizing settlement.

The Parties will promptly notify the Court upon execution of a final settlement agreement and will thereafter submit appropriate filings, including any motion for preliminary approval. If the Parties are unable to finalize settlement within the requested stay period, they will submit a joint status report to the Court prior to the expiration of the stay.

Accordingly, the Parties respectfully request that the Court stay all proceedings in this matter, including all deadlines and scheduled events, for ninety (90) days, through July 27, 2026, and direct the Parties to submit a joint status report by that date. A proposed order is submitted herewith.

Respectfully submitted,

**WITTELS McINTURFF PALIKOVIC**

By: /s/ J. Burkett McInturff
J. Burkett McInturff*
Jessica Hunter*
Ethan D. Roman*
305 Broadway, 7th Floor
New York, NY 10007
Tel.: (914) 775-8862
jbm@wittelslaw.com
jlh@wittelslaw.com
edr@wittelslaw.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Scott C. Harris*
900 West Morgan Street
Raleigh, NC 27603

**ZWILLGEN PLLC**

By: /s/ Aday Baker
Adya S. Baker (NYSB No. 5103270)
adya@zwillgen.com
183 Madison Ave, Suite 1601
New York, NY 10016
Tel.: (202) 706-5239

Jacob Sommer*
jake@zwillgen.com
1900 M St. NW, Suite 250
Washington, DC 20036
Tel.: (202) 296-3585
*Attorneys for Defendants*
*NordVPN S.A., Tefincom S.A. d/b/a*
*NordVPN, and NordSec B.V.*
*\* Pro hac vice forthcoming*



1900 M Street NW, Suite 250
Washington, DC 20036

**Phone:** +1 202 296 3585
**Website:** www.zwillgen.com

Adya S. Baker
(202) 706-5239
adya@zwillgen.com

Tel.: (919) 600-5003
sharris@milberg.com
*Attorneys for Plaintiff and the Proposed Class*
*\* Admitted pro hac vice*