MEMO ENDORSED

Wittels McInturff Palikovic

August 17, 2026

**Via ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re: ***Zeichner v. NordVPN S.A. et al.*, Case No. 1:25-cv-02571-ER**

Dear Judge Ramos,

Plaintiffs Jordan Zeichner, Tim Peterson, Michael Sasgen, Lanzy Kandeh, Rene Tio, John Daddabo, Dennis Hanscom, and Craig Schanppinger ("Plaintiffs") and Defendants NordVPN S.A., Tefincom SA, and Nordsec B.V. ("Defendants") (together, the "Parties") write jointly pursuant to Your Honor's Individual Practice I.E to request a 25-day extension of the current August 21, 2026 deadline to file the motion for preliminary approval of the consolidated class action settlement (ECF No. 63), through and including September 15, 2026.

The Parties are seeking the requested extension in order to provide sufficient time for the Parties and their respective counsel to complete their review and approval of the preliminary approval papers, which will be unopposed. Scheduling and availability constraints, including upcoming deadlines in Defendants' business operations, have limited the Parties' ability to complete that process sufficiently in advance of the current deadline.

The requested extension is limited in duration, is sought jointly and in good faith, and will allow the Parties to complete their review and submit the preliminary approval motion in an orderly manner. In accordance with Your Honor's Individual Practice I.E, the Parties state that the current deadline for the preliminary approval motion is August 21, 2026, the Parties have not previously requested an extension of this deadline, and all Parties consent to this request. No other deadlines are affected.

Thank you for the Court's attention to this matter.

The request is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 18, 2026
New York, New York

Respectfully Submitted,

/s/ Tiasha Palikovic
Tiasha Palikovic

*Counsel for Plaintiffs and the Proposed Class*