**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JORDAN ZEICHNER, TIM PETERSON, MICHAEL SASGEN, LANZY KANDEH, RENE TIO, JOHN DADDABBO, DENNIS HANSCOM, and CRAIG SCHNAPPINGER,

On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

NORDVPN S.A., TEFINCOM SA D/B/A NORDVPN, AND NORDSEC B.V.,

Defendants.

Case No.: 1:25-CV-2571-ER

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ethan D. Roman of Wittels McInturff Palikovic hereby appears on behalf of Plaintiffs Jordan Zeichner, Tim Peterson, Michael Sasgen, Lanzy Kandeh, Rene Tio, John Daddaboo, Dennis Hanscom, and Craig Schnappinger in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that he is a member of the bar of this Court.

Dated: September 29, 2026

By: /s/ Ethan D. Roman

Ethan D. Roman
WITTELS MCINTURFF PALIKOVIC
305 Broadway, 7th Floor
New York, New York 1007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
edr@wittelslaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed and served via ECF this 29th day of September 2026 upon all counsel of record.

/s/ Ethan D. Roman
Ethan D. Roman