**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JORDAN ZEICHNER, TIM PETERSON, MICHAEL SASGEN, LANZY KANDEH, RENE TIO, JOHN DADDABO, DENNIS HANSCOM, and CRAIG SCHNAPPINGER<br><br>On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDVPN S.A., TEFINCOM SA D/B/A NORDVPN, AND NORDSEC B.V.,<br><br>Defendants. | Case No.: 1:25-cv-02571-ER |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT AND RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** upon the parties' Class Action Settlement Agreement (the "Settlement Agreement"), annexed as Exhibit 1 to the Joint Declaration of Ethan D. Roman and Scott C. Harris in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement and Related Relief ("Counsel Declaration"); the accompanying Memorandum of Law; and all other papers and proceedings herein, Plaintiffs Jordan Zeichner, Tim Peterson, Michael Sasgen, Lanzy Kandeh, Rene Tio, John Daddabbo, Dennis Hanscom, and Craig Schnappinger ("Plaintiffs") hereby move this Court under Federal Rule of Civil Procedure 23 and Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order:

(1) granting preliminary approval of the settlement set forth in the Settlement Agreement;

(2) preliminarily certifying the proposed Class for settlement purposes;

(3) approving the parties' notice plan and directing its execution;

(4) appointing Wittels McInturff Palikovic and Bryson Harris Suciu & DeMay PLLC as Class Counsel;

(5) scheduling the Final Approval Hearing; and

(6) granting such other relief as the Court deems just and proper.

In support of their Motion, Plaintiffs rely on the accompanying Memorandum of Law and Counsel Declaration, both dated October 7, 2026, and all exhibits annexed thereto.

Dated: October 7, 2026
New York, New York

Respectfully submitted,

/s/ Ethan D. Roman

**WITTELS MCINTURFF PALIKOVIC**
Ethan D. Roman
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Tel: (914) 775-8862
Fax: (914) 775-8862
edr@wittelslaw.com

**BRYSON HARRIS SUCIU & DEMAY PLLC**
Scott C. Harris*
900 W. MORGAN STREET
RALEIGH, NORTH CAROLINA 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
sharris@brysonpllc.com

* *Admitted pro hac vice*

*Co-Counsel for Plaintiffs and the Proposed Class*