# Exhibit 3

**Sender Email:** [EMAIL ADDRESS]

**Sender Name:** NordVPN Class Action Settlement Administrator

**Subject Line:** Notice of Refund from NordVPN

---

**Notice ID: [Notice ID number] (must be red)**
**Confirmation Code: (must be red)**

# IF YOU WERE ENROLLED IN AN AUTOMATICALLY RENEWING SUBSCRIPTION, THROUGH A NORD WEBSITE, TO A NORD SERVICE, INCLUDING NORDVPN OR INCOGNI, BETWEEN APRIL 26, 2020 AND JANUARY 1, 2025 IN THE UNITED STATES, YOU MAY BE ELIGIBLE TO RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

# THE AVERAGE PAYMENT IS ESTIMATED TO BE ABOUT $49.21. YOU MUST SUBMIT A CLAIM FORM BY [DATE], WHICH WILL ONLY TAKE ABOUT 3 MINUTES.

***This is a Court-approved Legal Notice. This is not an advertisement. You are not being sued.***

[INSERT FOR SPANISH LINK]
[INSERT FOR CHINESE LINK]

A Settlement has been reached in a proposed class action against NordVPN S.A., Tefincom S.A. d/b/a NordVPN, and NordSec B.V. ("NordVPN"). NordVPN offers products to provide internet users with privacy and internet security, including services called "NordVPN" and "Incogni." The case alleges that NordVPN's autorenewal and cancellation practices violated both common law and consumer protection laws nationwide. NordVPN expressly denies all such allegations and any wrongdoing. NordVPN maintains that its autorenewal and cancellation practices complied with all applicable laws at all times.

You must fill out a short claim form by [DATE] to get your payment, which the lawyers in the case estimate to be about $49.21. Click below to submit your claim.

CLAIM NOW BUTTON

**Who is included?** You are included if you were enrolled in an automatically renewing Nord Service, such as NordVPN or Incogni, through NordVPN's website, nordvpn.com, and any other Nord-controlled websites including but not limited to nordcheckout.com, between April 26, 2020

and January 1, 2025 while in the United States and did not receive a full refund of your subscription renewal charges. You are not included if you purchased a Nord Service through the Apple App Store or Google Play Store. The Nord Services include NordVPN, NordPass, NordLocker, Dedicated IP, Incogni ID and theft insurance and cyber extortion insurance benefits including NordProtect. NordVPN's records show that you purchased «product_name» and can get a payment from the Settlement.

**To get Settlement money, click here to file your claim**.

For more information, please go to [WEBSITE].

**What can I get?** The lawyers in this case estimate that you could receive approximately $XX.XX, with a minimum payment of $25.00. The $49.21 amount is only an estimated average. Your payment amount may be different. You must fill out a short claim form by [**DATE**] to receive your payment. The payment amount will depend on a number of factors including the number of subscription payments you made and the amounts you paid. The settlement payment amount will also depend on the number of claims submitted.

**How do I get my money?** You have to fill out a short claim form by [**DATE**]. It takes about 3 minutes to file your claim. You can fill one out now by **clicking here** or you can submit one online at [WEBSITE]. Submitting a claim online is easy, secure, and completely free. You can also get a paper claim form from [WEBSITE] or by calling toll free, [XXX-XXX-XXXX]. Paper claim forms are also available by emailing [EMAIL ADDRESS].

**What does the Settlement provide?** Under the Settlement, NordVPN will allocate $18 million and establish a Settlement Fund.

The Settlement also recognizes that as a result of this action, NordVPN has updated its auto-renewal and cancellation practices, which benefits Settlement Class members and the general public.

Please visit [WEBSITE] for more information.

**Do I have a lawyer in the case?** If you are receiving this Notice, NordVPN's records show you are likely included in the Class and therefore have a lawyer in this case. The Court appointed the law firms Wittels McInturff Palikovic and Bryson, Harris, Suciu & Demay, PLLC as "Class Counsel" to represent the Class Members in this case. You do not have to pay Class Counsel or anyone else to participate. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Your other options**. If you are included in the Settlement and do nothing, your rights will be affected and you won't get a payment. If you don't want to be legally bound by the Settlement, you must exclude yourself from it by [**DATE**]. Unless you exclude yourself, you won't be able to sue NordVPN for any claim made in this lawsuit or released by the Settlement Agreement. If you exclude yourself, you won't receive payment. If you stay in the Settlement (i.e., don't exclude yourself), you may object to it or ask for permission for you or your lawyer to appear and speak at

the Final Approval Hearing – at your own cost – but you don't have to. Objections are due by [**DATE**]. More information about these options is available at [WEBSITE].

**When will the judge consider the proposed settlement?** The Court will hold the Final Approval Hearing at [TIME] [AM/PM] **on** [**DATE**] in Courtroom 619 (6th Floor) of the United States Courthouse, 40 Foley Square, New York, NY 10007. At the Final Approval Hearing, the Court will consider whether the Settlement and its terms are fair, reasonable, and adequate. The date of the Final Approval Hearing may change without further notice, and Class Members should check [WEBSITE] or the Court's docket to confirm that the date has not changed.

This Notice is only a summary.

For more information, visit [WEBSITE] or you can contact the Settlement Administrator by sending an email to [EMAIL ADDRESS] or by calling [XXX-XXX-XXXX].