# Exhibit 4

# If you enrolled in an automatically renewing subscription to a Nord Service, including NordVPN or Incogni, between April 26, 2020 and January 1, 2025, you could get a payment from a class action settlement.

**A federal court authorized this notice. This is not a solicitation from a lawyer.**

A settlement has been reached in a proposed class action against NordVPN S.A., Tefincom S.A. d/b/a NordVPN, and Nordsec B.V. ("NordVPN"). The case alleges that NordVPN's subscription autorenewal and cancellation practices violated both common law and consumer protection laws nationwide. NordVPN denies these allegations and any wrongdoing and maintains that its autorenewal and cancellation practices were at all times lawful.

You are included in the Settlement if you enrolled in an automatically renewing subscription to a Nord Service through NordVPN's website, nordvpn.com, and any other Nord-controlled websites including but not limited to nordcheckout.com, between April 26, 2020 and January 1, 2025 while in the United States and did not receive a full refund of your subscription renewal charges. The Nord Services include NordVPN, NordPass, NordLocker, Dedicated IP, ID Theft Insurance and Cyber Extortion Insurance benefits, and the third-party service Incogni, which Nord resells but does not operate. You are not included if you purchased a Nord Service via the Apple App Store or Google Play Store. Nord's records show that you were enrolled in «product_name» [only for mailed versions].

**To get Settlement money, go to [WEBSITE URL] and file your claim.**

Included users can fill out a short claim form and receive a payment averaging $49.21. The payment amount will depend on a number of factors including the number of subscription payments made and amounts paid. The payment amount will also depend on the number of claims submitted. The average amount represents approximately 70% of what included users paid for Nord Services. These amounts are estimated averages only. Your payment amount may be different. The minimum payment for included users who file a claim is $25.00.

The Settlement also recognizes that as a result of this action, NordVPN has updated its auto-renewal and cancellation practices, which benefits Settlement Class members and the general public.

Read this Notice carefully. If you are included, your legal rights are affected whether you act or do not act. The judge in charge of this case hasn't decided if the Settlement is fair yet. Payments will be made only if the judge decides the Settlement is fair and approves the Settlement.

| **YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT** | | **DEADLINE** |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The **only** way to get a payment. You will be bound by the terms of the Settlement and will give up your right to sue NordVPN about the issues in this case. | [TK] |
| **EXCLUDE YOURSELF** | You will receive no payment, but you will retain any rights you currently have to sue NordVPN about the issues in this case. | [TK] |
| **OBJECT** | Write to the Court and explain why you do not like the Settlement. You may attend a hearing if you wish. | [TK] |
| **DO NOTHING** | You **will not** get a payment and will give up your right to sue NordVPN about the issues in this case. | None |

*These rights and options are further explained in this Notice.*

## BASIC INFORMATION

### 1. Why was this Notice issued?

A Court authorized this Notice to let you know about a proposed settlement of a class action

lawsuit with NordVPN. You have legal rights and options that you may exercise before the Court decides whether to approve the proposed Settlement. This Notice explains the Lawsuit, the Settlement, your legal rights, what payments are available, and how to get them.

District Judge Edgardo Ramos of the U.S. District Court for the Southern District of New York is overseeing this class action. The case is known as *Zeichner v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER). The individuals who sued are called the Class Representatives. The companies they sued, NordVPN S.A., Tefincom S.A. d/b/a NordVPN, and Nordsec B.V., are called the Defendants.

## 2. What is a class action lawsuit?

In a class action, one or more Class Representatives sue on behalf of other people who have similar claims. Under this Settlement, these people are together called a "Class" or "Class Members," except for those who exclude themselves from the Class. In a class action, the court resolves the issues for all Class Members. After the parties reached an agreement to settle this case, the Court recognized it as a case that may be treated as a class action for settlement purposes only.

## 3. What is this lawsuit about?

The case challenges NordVPN's autorenewal and cancellation practices. In particular, the lawsuit claims that NordVPN violated the common law and state consumer protection law by not adequately disclosing the automatic renewal offer terms of its NordVPN, NordPass, NordLocker, Dedicated IP, ID Theft Insurance and Cyber Extortion Insurance benefits, and the third-party service Incogni, which Nord resells but does not operate in a clear and conspicuous manner, and by not providing a simple mechanism for cancellation.

NordVPN expressly denies all allegations in this litigation and any wrongdoing. NordVPN maintains that its autorenewal and cancellation practices complied with all applicable laws at all times.

More information about the lawsuit can be found in the "Court Documents" section of this settlement website at [URL TO DOCUMENTS SECTION OF WEBSITE].

## 4. Why is there a Settlement?

The lawyers representing NordVPN and the Class Representatives spent thousands of working hours on this case since it was filed in the Spring of 2024. Before proceeding to trial, both sides agreed to a settlement. The Settlement provides Class Members who submit valid claims an opportunity to receive payments without the delay and risk of continued litigation. Because this is a settlement, the Court has not decided who should win the case. Instead, the Class Representatives and their attorneys ("Class Counsel") believe that the Settlement is in the best interests of the Class

Members.

## WHO IS IN THE SETTLEMENT?

To see if you can get a payment, you first need to determine whether you are included in this lawsuit.

### 5. How do I know if I am part of the Settlement?

You are a Class Member and are included in the Settlement if you fit the following description:

You were enrolled in an automatically renewing Nord Service Subscription through NordVPN's website, nordvpn.com, and any other Nord-controlled websites including but not limited to nordcheckout.com, between April 26, 2020 and January 1, 2025 while in the United States and did not receive a full refund of your subscription renewal charges.

NordVPN's records were used to identify Class Members who should have received notice. Not everybody who bought a Nord Service is included. If you didn't get a notice and think you're included, please visit [WEBSITE URL] or call [HOTLINE NUMBER].

If you received an email about this Settlement, NordVPN's records show that you may be a Class Member.

### 6. Are there any exceptions to being included in the Settlement?

Some users are excluded because they work for NordVPN or are related to the judges or lawyers in the case. Customers who purchased a Nord Service Subscription through the Apple App Store or Google Play Store are not included in the Settlement Class. The Settlement Agreement has a list of the categories of people who are excluded.

### 7. I am not sure if I'm included.

If you are still not sure whether you are included, you can ask for free help. You can visit [WEBSITE] or call [HOTLINE NUMBER] for more information. Or you can fill out and return the Claim Form described in Question 10 to see if you qualify. Please do not contact the Court or NordVPN.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

### 8. What does the Settlement provide?

NordVPN will pay $18 million to settle this case. The money will go into a "Settlement Fund" to pay for everything related to the Settlement. Most of the money will go to Class Members who submit valid claim forms (more about that in the question below). The rest will be used to pay the costs of notifying people about the Settlement, the lawyers' fees, awards to the Class Representatives who helped bring the lawsuit, and certain taxes.

## 9. HOW MUCH WILL MY PAYMENT BE?

**The average payments will be approximately $49.21 per person. The minimum payment will be $25.00.** We can't give you an exact number right now because the payment amounts depend on several factors. These factors include (1) how many subscription payments you made, (2) the amount you paid, (3) the number of valid claims, and (4) the amount of fees, costs, expenses, awards, and taxes deducted from the settlement fund.

## HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM

## 10. HOW CAN I GET A PAYMENT?

To get a payment, you must complete and submit a valid Claim Form **no later than [CLAIMS DEADLINE]**. Please file your claim electronically on [SETTLEMENT WEBSITE]. Not only is submitting online easier and more secure, but it is completely free and takes only minutes. You can get a payment by a check or electronically through an ACH transfer, prepaid Mastercard, PayPal, Zelle, or Venmo.

If you want a paper copy of the Claim Form, you can download it **here** [LINK TO CLAIM FORM], go to [SETTLEMENT WEBSITE], or call toll free, [XXX-XXX-XXXX]. If you want to submit your Claim Form by mail please send it to the Settlement Administrator at the address below:

SETTLEMENT ADMINISTRATOR
P.O. BOX XXX
ANYTOWN, ANY XXXXX

If you timely file a valid Claim Form and your claim is approved, you will receive a payment. Please read the Claim Forms carefully and provide all the information required. All Claim Forms **must be received (or postmarked if mailed) and properly completed by [CLAIMS DEADLINE]**.

## 11. WHEN WILL I GET MY PAYMENT?

We can't give you a date yet. Payments will be made about two months after the judge approves the Settlement. The judge will consider the Settlement's fairness on [FINAL APPROVAL HEARING DATE]. Even if the judge approves the Settlement, there may be appeals. It is always

uncertain whether and when appeals can be resolved and resolving them can take more than a year. Please be patient.

All checks will expire and become void 90 days after they are issued. If there is any money left because of uncashed checks or returned electronic payments, that money may be donated to a non-profit with a track record of addressing consumer fraud issues on the internet.

The Settlement Website will be updated to inform Class Members of the progress of the Settlement.

## WHAT HAPPENS IF YOU REMAIN IN THE SETTLEMENT

### 12. WHAT AM I GIVING UP TO STAY IN THE CLASS?

Unless you exclude yourself, you will remain in the Class.

That means that if the judge approves the Settlement, you are giving up the right to file your own lawsuit against, or seek further money from, NordVPN for any of the issues or claims in the case—whether or not you are currently aware of those claims.

The specific scope of the claims you are releasing is in paragraph 36 of the Settlement Agreement, which is available through the "Court Documents" link on the Settlement Website. If you have any questions, you can talk to the lawyers listed in Question 19 for free.

### 13. WHAT HAPPENS IF I DO NOTHING AT ALL?

If you are a Class Member and you do nothing (meaning you don't submit a Claim Form and don't exclude yourself, you will **not** receive money from this Settlement and you will release your claims as explained above).

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 14. HOW DO I EXCLUDE MYSELF FROM THE SETTLEMENT?

To exclude yourself from the Settlement, you must submit a written request for exclusion to the Settlement Administrator, stating that you want to be excluded from the Settlement in *Zeichner v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER). You must include the following statement: "I request to be excluded from the Class and Settlement in *Zeichner v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER)." To be valid, your opt-out statement must include (1) your full name, (2) your current address, (3) your email address, (4) your phone number, and (5) your signature (not typed). You must either email your exclusion request to [EMAIL ADDRESS] or mail it (postmarked) no later than **[OBJECTION / EXCLUSION DEADLINE]** to:

[SETTLEMENT ADMINISTRATOR]
ADDRESS
ADDRESS

If you ask to be excluded, you will not get any Settlement payment. You will not be legally bound by anything that happens in this lawsuit.

### 15. If I don't exclude myself, can I sue NordVPN for the same thing later?

No. Unless you exclude yourself, you give up any right to sue NordVPN for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately.

### 16. If I exclude myself, can I get money for this Settlement?

No. If you exclude yourself, you cannot submit a Claim Form to ask for any money because you will no longer be eligible for any.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

### 17. How do I tell the Court I do not like the Settlement?

If you are a member of the Class and you do not exclude yourself, you can ask the judge to deny approval by filing an objection. You cannot ask the judge to order a different settlement - the judge can only approve or reject the Settlement. If the Court denies approval, no Settlement payments will be made and the lawsuit will continue.

Any objection to the proposed Settlement must be in writing. If you file a written objection before the deadline, you may, but don't have to, appear at the Final Approval Hearing. If you want to appear, you can do so yourself or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

All written objections must include the following:

1. A reference at the beginning to *Zeichner v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER);
2. Your full name, mailing address, email address, telephone number, and personal signature;
3. Your basis for believing you are a Class Member;
4. Whether you intend to appear at the Final Approval Hearing, either in person or through counsel, and, if through counsel, identifying counsel by name, mailing address, email

address, and phone number, and who, if anyone, from such counsel will appear at the Final Approval Hearing;

5. A clear and concise statement of the grounds for the objection; and
6. The name and contact information of any and all attorneys or persons representing, advising, or in any way assisting the objector in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection.

In addition, for any objection made with the assistance of any attorney, law firm staff, or other person who may profit from the pursuit of the objection to be valid, it must include the following:

7. A written statement of any legal support for such objection;
8. Copies of any papers, briefs, or other documents upon which the objection is based that the objector wishes the judge to consider when reviewing the objection;
9. A list of all persons who will be called to testify in support of the objection, if any; and
10. A detailed list of any other objections and any orders pertaining to the prior objections, the objector, or his or her counsel or other person who may profit from the pursuit of the objection submitted in any action in the previous five (5) years. If the Class Member or his or her counsel or other person who may profit from the pursuit of the objection has not objected to any other class action settlement in the previous five (5) years, he, she, or it shall affirmatively state so in the written materials provided in connection with the objection to this Settlement.

Further, any Class Member who submits a timely written objection written or filed with the assistance of an attorney, law firm staff, or other person who may profit from the pursuit of the objection shall consent to deposition by Class Counsel and/or NordVPN's counsel prior to the Final Approval Hearing.

Any written objection must be signed and dated and postmarked no later than [OBJECTION DEADLINE]. Mail your objection to the Court at:

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

You may also file your objection in person at any location of the United States District Court for the Southern District of New York no later than [OBJECTION DEADLINE].

You must also serve a copy of your objection on Class Counsel no later than [OBJECTION DEADLINE] at the following addresses:

Wittels McInturff Palikovic
305 Broadway, 7th Floor
New York, New York 10007

case@wittelslaw.com

Bryson, Harris, Suciu & Demay, PLLC
900 West Morgan Street
Raleigh, NC 27603
Sharris@brysonpllc.com

### 18. What is the Difference between objecting and asking to be excluded?

Objecting means that you disagree with some aspect of the Settlement and think the judge should not approve the Settlement. You can object only if you stay in the Settlement. Excluding yourself means that you do not want to be part of the Settlement. If you exclude yourself, you will not be eligible to receive money from the settlement and you cannot object because the Settlement no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 19. Do I have a lawyer in this case?

The Court appointed the law firms of Wittels McInturff Palikovic and Bryson, Harris, Suciu & DeMay, PLLC, to represent all Class Members. These lawyers are called "Class Counsel." Class Counsel is experienced in handling similar class action cases. More information about Class Counsel and their lawyers' experience is available at www.wittelslaw.com and https://brysonpllc.com/.

Class Counsel believes that after litigation with NordVPN for more than two years, that the Settlement is fair, reasonable, and in Class Members' best interests considering all relevant risks, including that NordVPN may be right about what the law requires or that this case may not be suitable for treatment as a class action. If the judge agreed with NordVPN on this latter point, Class Members like you would only recover any money if you hired your own lawyer and brought your own lawsuit. The costs of this lawsuit would likely far surpass the amount of any payments you made to NordVPN. With this Settlement, Class Members that submit claims are estimated to recover 70% of what they paid for Nord Services.

### 20. How will the lawyers be paid?

Class Counsel have not received any payment for their services in pursuing claims against NordVPN on behalf of the Class, nor have they been reimbursed for their out-of-pocket expenses. It is customary in class actions like this one for Class Counsel to ask the Court to approve Service Awards of up to a total of $40,000 to the Class Representatives who assisted Class Counsel in prosecuting the case, and also ask the Court to approve payment of up to one-third of the settlement fund to them for attorneys' fees and expenses.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to.

### 21. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court will hold a Final Approval Hearing at [TIME] [AM/PM] on [DATE], at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 619, 6th Floor. At this hearing the Court will consider whether the Settlement and its terms are fair, reasonable, and adequate. ***You do <u>not</u> have to appear at this Fairness Hearing to receive a payment from the Settlement.***

**Note:** The date and time of the Final Approval Hearing may change and the hearing may be held by telephone or video conference, but any changes will be posted at this Settlement Website here [LINK TO PAGE WITH INFO], or through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.nysd.uscourts.gov.

### 22. DO I HAVE TO COME TO THE HEARING?

No. Class Counsel and NordVPN's lawyers will answer any questions the Judge may have. You may attend at your own expense if you wish.

### 23. MAY I SPEAK AT THE HEARING?

If you do not exclude yourself from the Class, you may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Zeichner v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER)." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than [DEADLINE] and be sent to the Clerk of the Court at the address in question. You cannot speak at the hearing if you excluded yourself from the Settlement.

## GETTING MORE INFORMATION

### 24. ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

This notice summarizes the Settlement. More details are in the Settlement Agreement, in the Court's Orders, and other relevant documents, which are available at [WEBSITE].

## 25. HOW DO I GET MORE INFORMATION?

You can call the Claims Administrator hotline at XXX-XXX-XXXX, write to [XYZ SETTLEMENT, P.O. Box 0000, CITY STATE] or explore [WEBSITE], where you can submit a Claim Form, find a Claim Form, key documents in the case, and other information to help you determine whether you are a Class Member and whether you are eligible for a payment. You can also contact Class Counsel at 914-775-8862 or 919-600-5003.

**PLEASE DO NOT CONTACT THE COURT, THE JUDGE, OR THE DEFENDANTS WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS**

All questions regarding the Settlement or claims process should be directed to the Settlement Administrator or to Class Counsel.

By order of the United States District Court for the Southern District of New York.