# Exhibit 6

BRYSON
HARRIS · SUCIU · DEMAY

**Bryson, Harris, Suciu & DeMay ("Bryson")** is a national plaintiff's law firm with more than 65 attorneys and staff located across the United States. Bryson was founded in 2025 by Senior Partners Daniel K. Bryson, Scott C. Harris, Nick Suciu III, and James ("Jim") DeMay, each of whom brought decades of experience in class actions, mass torts, and complex litigation to the firm. Attorneys at Bryson have secured billions of dollars in recoveries for consumers, homeowners, patients, workers, small businesses, and public entities in courts across the country.

Bryson's practice focuses on complex, high-impact litigation, including:

- Data breach and data privacy (wiretap and tracking technologies, biometric privacy, healthcare privacy, financial data, and technology platform cases)
- Mass arbitration (including large scale consumer and digital privacy matters)
- Consumer protection and false advertising
- Defective products and product liability
- Environmental litigation and property damage
- State and local government fee and capacity charge litigation
- Securities, financial fraud, fraudulent lending, and insurance litigation

The firm's culture emphasizes collaboration, creativity, and transparent communication. Cases are handled by integrated teams that combine trial lawyers, appellate lawyers, subject-matter experts, and data and operations staff. Bryson's attorneys regularly serve as lead or co-lead counsel, steering committee members, and class counsel in high stakes litigation in both state and federal courts, including multi-district litigation and coordinated proceedings.

## Representative Class Action, MDL, and Complex Litigation Results

Attorneys now at Bryson have played leading roles in many significant complex and class matters, including:

### Defective Building Products and Construction Litigation

- **In re Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (E.D. La.)** Attorneys now at Bryson served in leadership roles that helped secure settlements in excess of $1 billion for homeowners whose properties were damaged by defective Chinese drywall.
- **In re Allura Fiber Cement Siding Products Liability Litigation, MDL No. 2:19-md-2886 (D.S.C.)** National settlement on behalf of homeowners alleging premature cracking and failure of Allura fiber cement siding. Scott Harris has held leadership roles in this litigation.
- **In re Atlas Roofing Corp. Chalet Shingle Products Liability Litigation, MDL No. 2495 (N.D. Ga.)** Class action involving allegedly defective roofing shingles.

- **In re Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation, MDL No. 1:15-md-02627 (E.D. Va.)**
  Litigation concerning formaldehyde emissions and durability defects in laminate flooring.
- **Generac Solar Power Systems Litigation**
  Scott Harris serves as co-lead counsel in litigation concerning alleged defects in residential solar power systems.
- **Upright Builders Inc. et al. v. Town of Apex, No. 18-CVS-3720 & 18-CVS-4384 (Wake Cty, N.C.)**
  Class action settlement with a $15.3 million fund for builders and developers challenging unlawful capacity and impact fees.
- **Daedalus, LLC v. City of Charlotte, Mecklenburg County, Nos. 18-CVS-21073 & 21-CVS-6952 (Mecklenburg Cty, N.C.)**
  Class settlement with a $106,000,000 fund on behalf of builders and developers seeking refund of improper water and sewer capacity fees.
- **Plantation Building of Wilmington, Inc., et al. v. Brunswick County, No. 19-CVS-647 (Brunswick Cty, N.C.)**
  Class settlement with a $15,250,000 fund for builders and developers recovering unlawful impact fees.

**Consumer Protection, Mislabeled Products, and False Advertising**
Many of Bryson's notable recoveries arise from consumer protection and food, drug, and cosmetic labeling cases. Nick Suciu III and Trenton ("Trent") Kashima in particular have obtained numerous multimillion-dollar class settlements in this area. Illustrative results include:

- **Clay et al. v. Cytosport, Inc., No. 3:15-cv-00165-L-AGS (S.D. Cal.)**
  Lead and class counsel in a dietary supplement mislabeling case, resulting in a $12 million class wide settlement.
- **Gregorio v. Premier Nutrition Corp., No. 17-cv-05987-AT (S.D.N.Y.)**
  $9 million class wide settlement on behalf of consumers challenging labeling and marketing of protein products.
- **In re P&G Aerosol Products Marketing and Sales Practices Litigation, MDL No. 2:22-md-03025 (S.D. Ohio)**
  $8 million class wide settlement involving aerosol products.
- **In re Beyond Meat, Inc. Protein Content Marketing and Sales Practices Litigation, MDL No. 3059 (N.D. Ill.)**
  $7.5 million class wide settlement relating to alleged misrepresentations of protein content.
- **Vance et al. v. Church & Dwight Co., Inc., No. 24-LA-1190 (St. Clair Cty, Ill.)**
  $6 million class wide settlement involving consumer product claims.
- **Carter et al. v. General Nutrition Centers, Inc., et al., No. 2:16-cv-00633 (W.D. Pa.)**
  $5 million class wide settlement in a consumer protection case involving GNC products.
- **Morrissey, et al. v. TULA Life Inc., No. 2021L000646 (DuPage Cty, Ill.)**
  $4 million class wide settlement.
- **Barnes et al. v. Unilever United States, Inc., No. 1:21-cv-06191 (N.D. Ill.)**
  $2 million class wide settlement.

- **Goldstein et al. v. Henkel Corporation and Thriving Brands LLC, No. 3:22-cv-00164-AWT (D. Conn.)**
  $1.95 million class wide settlement.
- **Krinsk et al. v. Monster Beverage Corp., No. 37-2014-00020192 (Cal. Super. Ct.)**
  Food labeling case involving "natural" representations of beverages, in which Trent Kashima obtained class certification and a class settlement on the eve of trial.
- **Hahn et al. v. Massage Envy, No. 3:12-cv-00153 (S.D. Cal.)**
  Consumer class action involving illegal forfeiture of prepaid massages, recovering approximately $32 million in relief for the class.
- **Horti v. Nestle Healthcare Nutrition, Inc., No. 22-16832, 2023 WL 8613601 (9th Cir. Dec. 13, 2023)**
  Important Ninth Circuit decision on Article III, UCL, and FAL standing in a dietary supplement false advertising case, argued by Trent Kashima.
- **Rothman v. Equinox Holding, Inc., No. 2:20-cv-09760-CAS-MBK (C.D. Cal.)**
  Trent Kashima was appointed class counsel in a class action over prepaid but unearned gym dues during the COVID-19 pandemic.
- **In re Evenflo Company, Inc. Marketing, Sales Practices & Products Liability Litigation, MDL No. 20-md-02938-DJC (D. Mass.)** (booster seat safety representations)
- **Carder et al. v. Graco Children's Products, Inc., No. 2:20-cv-00137-LMM (N.D. Ga.)** (booster seat labeling and safety)
- **Jimenez v. Artsana USA, Inc., No. 1:21-cv-07933 (S.D.N.Y.)** (child restraint marketing)
- **Nicole Dickens et al. v. Thinx Inc., No. 1:22-cv-04286-JMF (S.D.N.Y.)** (nationwide settlement of allegedly mislabeled menstrual underwear)
- **Shaw et al. v. Costco Wholesale Corp. et al., No. 2:20-cv-01620-RAJ (W.D. Wash.)** (nationwide settlement of allegedly mislabeled pet food)

**Financial Services, Fraudulent Lending, and Tenant Fee Litigation**

- **Underwood v. Future Income Payments, LLC, No. 8:17-cv-01570-DOC-DFM (C.D. Cal.)**
  Trent Kashima secured a RICO judgment stopping unfair and predatory pension advance loans targeting veterans and service members.
- Scott Harris has successfully prosecuted a series of class actions on behalf of mortgage borrowers and tenants, including:
  - $10.55 million settlement for homeowners against Nationstar Mortgage.
  - $7 million settlement for borrowers harmed by unlawful practices at Seterus, Inc.
  - Multiple multimillion-dollar settlements for tenants and apartment residents subjected to illegal convenience fees, junk fees, and eviction related charges, including recoveries exceeding $5 million, $4.7 million, $4.6 million, and $1.1 million in various tenant fee and junk fee class actions.

**Digital Privacy, Data Breach, and Mass Arbitration Experience**

Bryson maintains one of the leading plaintiff-side digital privacy and mass arbitration practices in the country. Attorneys at the firm have represented hundreds of thousands of consumers whose personal data was compromised or unlawfully tracked, and have developed repeat experience with biometric

privacy statutes, web tracking and pixel technology, and large-scale arbitration campaigns.

**Biometric Privacy and Mass Arbitration**

- **Parris et al. v. Meta Platforms, Inc., Case No. 2023-LA-000672 (Cir. Ct. DuPage Cty., Ill.)** Attorneys now at Bryson served as lead counsel in litigation arising out of mass arbitration of approximately 100,000 individual Illinois Biometric Information Privacy Act ("BIPA") claims relating to Instagram, which resulted in a $68.5 million class settlement.
- **Boone et al. v. Snap Inc., Case No. 2022-LA-000708 (Cir. Ct. DuPage Cty., Ill.)** Lead counsel in BIPA litigation following thousands of individual mass arbitrations against Snapchat, culminating in a $35 million class settlement.
- Bryson attorneys have led multiple other BIPA and biometric privacy cases involving social media platforms, retailers, and technology vendors, and have extensive experience litigating class certification, Article III and statutory standing, preemption, and damages issues in biometric and digital privacy actions.

**Data Breach and Data Privacy**

Bryson's Data Breach and Data Privacy practice represents victims of healthcare, financial, and technology related breaches, as well as unlawful tracking and interception claims under federal and state wiretap statutes. Scott Falgoust and other members of the team have represented more than 30,000 individual clients in mass arbitrations and hundreds of thousands of class members in data breach and digital privacy class actions. This work has included:

- Consumer and patient privacy class actions involving unauthorized disclosure of protected health information, financial account credentials, and other sensitive personal data;
- Web tracking and pixel cases involving Meta Pixel, Google Analytics, and similar technologies on healthcare, financial, and consumer-facing websites;
- Class and mass arbitration cases under federal and state wiretap statutes, including claims for statutory damages and treble damages under state consumer protection laws.

Because of this experience, Bryson is well positioned to manage the discovery, expert issues, class certification, and settlement administration that data breach and digital privacy cases demand.

## Key Bryson Attorneys and Litigation Team

**Daniel K. Bryson**
**Senior Partner**

Daniel K. Bryson is a Senior Partner of Bryson and one of the firm's founding members. For more than three decades, he has represented plaintiffs in complex litigation in federal and state courts throughout the United States, with a particular focus on defective products, consumer protection, environmental litigation, and, more recently, data privacy and cybersecurity matters. He has served in court-appointed leadership roles in numerous multidistrict litigations and coordinated proceedings, including building products cases such as *In re Atlas Roofing Corp. Chalet Single Products Liability Litigation*, *In re Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation*, and *In re Allura Fiber Cement Siding Products Liability Litigation*, as well as the Chinese Drywall

MDL. His experience spans trial, appellate, and settlement work, and he has helped recover hundreds of millions of dollars in relief for classes and individual clients.

**Scott A. Harris**
**Senior Partner**
Scott Harris is a Senior Partner and founding member of Bryson. He has decades of experience prosecuting complex litigation and class actions on behalf of consumers, investors, and governmental entities. His practice includes financial fraud, securities, and consumer protection cases, as well as data privacy and mass arbitration matters. He has served in leadership or significant roles in numerous national cases and has tried complex matters to verdict, negotiated substantial class settlements, and overseen teams managing large-scale discovery and expert work.

**Nick Suciu III**
**Senior Partner**
Nick Suciu is a Senior Partner and co-founder of the firm whose practice focuses on consumer class actions, particularly involving food, beverages, and dietary supplements, as well as unfair and deceptive marketing. He began his legal career as in-house counsel in the dietary supplement industry, advising on FDA regulations, labeling, and advertising, and then shifted to representing consumers in class actions beginning in 2011. Over the past twelve years, he has been appointed as counsel in numerous consumer class actions involving purchasers of dietary supplements and has achieved significant results, including a twelve-million-dollar settlement in *Clay et al. v. Cytosport, Inc.*, a nine-million-dollar settlement in *Gregorio v. Premier Nutrition Corp.*, and a five-million-dollar settlement in *Carter v. General Nutrition Centers, Inc.*

**James "Jim" DeMay**
**Senior Partner**
Jim DeMay is a Senior Partner and founding member of Bryson. He has extensive experience litigating complex class actions, mass arbitrations, and commercial disputes, and has played central roles in high-value consumer and data privacy matters. Jim has served in leadership positions in major privacy and biometric information cases, including matters resulting in the 68.5-million-dollar settlement in *Parris v. Meta Platforms, Inc.* and the thirty-five-million-dollar settlement in *Boone v. Snap Inc.*, both of which arose out of large-scale mass arbitrations and were resolved through follow-on class actions. He regularly leads teams handling case investigation, expert development, settlement negotiation, and case administration.

**Jonathan Cohen**
**Senior Partner**
Jonathan Cohen is a Senior Partner whose practice focuses on complex commercial litigation, class actions, and mass torts. He has represented consumers, small businesses, and institutional clients in cases involving defective products, fraud, and unfair business practices. Jonathan has substantial trial and appellate experience and has helped lead litigation teams in high stakes matters involving nationwide discovery, complex damages models, and parallel regulatory issues.

**Karl Amelchenko**
**Senior Partner**
Karl Amelchenko is a Senior Partner at Bryson and an experienced trial lawyer whose practice centers on catastrophic personal injury, products liability, and mass tort cases on behalf of individuals and families. He has tried numerous cases to verdict, securing significant recoveries for clients injured by dangerous products, unsafe premises, and negligent conduct. Karl also represents plaintiffs in class actions and multidistrict litigations and brings trial-ready perspective to the firm's broader litigation strategy.

**Patrick A. Montoya**
**Senior Partner**
Patrick Montoya is a Senior Partner with a national practice in catastrophic personal injury, defective products, and mass tort litigation. Based in Miami, he has tried and resolved complex cases involving wrongful death, serious injuries, and large commercial losses, and has been involved in high-profile matters arising out of disasters and large-scale corporate misconduct. Patrick's class action and mass tort work includes leadership and key roles in multidistrict and coordinated proceedings, and he brings bilingual fluency and deep experience representing clients from diverse communities.

**Mark Silvey**
**Senior Partner**
Mark Silvey is a Senior Partner at Bryson whose practice focuses on insurance bad faith, class actions, and complex commercial litigation. He has represented policyholders and consumers in disputes with insurers and financial institutions, litigated coverage and bad faith claims, and handled class actions involving improper fees and claims handling practices. Mark regularly works with experts, regulators, and co-counsel to develop cases involving sophisticated insurance and financial services issues.

**Martha "Marty" Geer**
**Partner**
Marty Geer is a Partner and one of the firm's lead lawyers for appellate practice and strategic briefing. She brings more than four decades of litigation and judicial experience to Bryson. As a judge on the North Carolina Court of Appeals for more than thirteen years, she heard over 3,800 appeals and authored more than 1,350 opinions, with fewer than two percent reversed, reflecting both rigor and clarity in legal analysis. Before her judicial service, she practiced at Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York and later served as a partner at prominent North Carolina plaintiffs' firms. Today, she focuses primarily on consumer protection class actions, handling high-stakes motions, appeals, and strategic briefing to ensure that cases are built for long-term success across all phases of litigation, and she occasionally assists co-counsel on complex motions or appeals in other matters.

**J. Hunter Bryson**
**Partner**
Hunter Bryson is a Partner in the Consumer Products and Data Privacy Groups and focuses on representing consumers subjected to fraud and deceptive practices across the United States. He has played key roles in high-stakes litigation resulting in substantial relief for thousands of individuals,

including: *Deadalus, LLC v. City of Charlotte* (106-million-dollar capacity-fee settlement fund), *Plantation Building of Wilmington, Inc. v. Brunswick County* (15.25-million-dollar impact-fee settlement fund), *Nicole Dickens, et al. v. Thinx Inc.* (nationwide mislabeled menstrual underwear settlement), and *Shaw et al. v. Costco Wholesale Corporation* (nationwide mislabeled pet food settlement). To date, Hunter has helped recover more than 168 million dollars for aggrieved individuals as court-appointed class counsel in state and federal courts, often after lengthy litigation against defendants with substantial resources and aggressive defense strategies.

**Trenton Kashima**
**Partner**
Trenton Kashima is a Partner in the Consumer Products Group with approximately ten years of experience exclusively representing consumers, employees, and businesses in complex actions, including class actions and mass arbitrations. His practice focuses on consumer protection statutes and wage-and-hour matters in both trial and appellate courts. As class counsel, he has recovered more than one hundred million dollars on behalf of class members and has managed practice groups and trained attorneys and law students in class action practice. His appointments include class counsel in *Clay v. Cytosport, Inc.* (mislabeling of protein supplements) and *Krinsk v. Monster Beverage Corp.* (mislabeling of “natural” beverages), and his other notable work includes *Hahn v. Massage Envy* and *Underwood v. Future Income Payments, LLC*.

**Robert Jimenez**
**Partner**
Robert Jimenez is a Partner at Bryson whose practice sits at the intersection of law and technology. He has a diverse background in litigation that includes commercial and real estate disputes, intellectual property matters, and data-privacy cases, with a particular focus on electronic discovery. Robert has represented some of the world’s largest banking and financial institutions, litigated for and against famous trademark owners, and secured millions of dollars in judgments and settlement awards for institutional and individual clients. He also frequently advises law firms and attorneys on e-discovery strategy and has earned certifications from The Electronic Discovery Institute, The Sedona Conference, and the Association of Certified E-Discovery Specialists.

**Justin Day**
**Partner**
Justin Day is a Partner with a practice focused on complex litigation, mass torts, and catastrophic personal injury matters. He has represented individuals and families harmed by dangerous products, environmental exposures, and large scale corporate misconduct. Justin’s experience includes trial work, class actions, and leadership roles in coordinated proceedings, and he has helped obtain substantial settlements and verdicts for his clients.

**Lucy Inman**
**Partner**
Judge Lucy Inman (ret.) is a Partner at Bryson and a board-certified appellate specialist. She previously served on the North Carolina Court of Appeals, where she authored hundreds of opinions. Before joining

the bench, she practiced at leading law firms and represented plaintiffs in complex civil litigation. At Bryson, she focuses on appellate work and strategic briefing in class actions, data privacy cases, and other complex matters, bringing judicial experience and appellate expertise to trial level strategy and appeals.

**Natalie Rico**
**Partner**
Natalie Rico is a Partner and trial lawyer whose practice spans class actions, mass torts, and serious personal injury cases. She has tried cases to verdict, led discovery and motion practice in complex proceedings, and co-chairs educational programs and CLEs on trial practice and consumer litigation. At Bryson, she plays a key role on trial teams and in developing litigation strategies in high-value cases.

**Scott Falgoust**
**Partner**
Scott Falgoust is a Partner at Bryson and focuses his practice on complex civil litigation with a particular emphasis on data privacy, data breach, and mass arbitration matters. He has represented more than 30,000 clients in mass arbitrations and hundreds of thousands more in data breach class actions, with work that spans arbitral forums and federal courts across the country. Scott has prosecuted consumer privacy claims under state and federal statutes and has secured favorable arbitration awards for clients asserting negligence, breach of contract, and statutory violations, including treble damages under consumer protection laws and statutory damages under federal and state wiretap acts. He began his career on the trial team in the Deepwater Horizon oil spill litigation and has spent more than a decade advocating for individuals harmed by corporate misconduct.

**Andrew Lemmon**
**Senior Counsel**
Andrew Lemmon is Senior Counsel at Bryson and leads the firm's Louisiana office. A New Orleans native, he has practiced for nearly forty years in Louisiana, Washington, and federal courts across the country. His experience includes environmental law, toxic and mass tort cases, business and succession disputes, and other complex litigation. Andrew has participated in numerous MDLs, class actions, shareholder and securities cases, and legislative matters, and recently served as chair of discovery committees in large antitrust and pharmaceutical litigations, including the Blue Cross Blue Shield Antitrust Litigation and the Taxotere multidistrict litigation. He also has extensive experience representing municipalities and associations on health insurance and workers' compensation issues.

**Markus M. Kamberger**
**Senior Counsel**
Markus Kamberger is Senior Counsel at Bryson, based in Miami. His legal practice focuses on personal injury, trucking, products liability, commercial litigation, contract dispute, multidistrict litigation, and class action matters. He previously served for more than fourteen years as an Army Reservist, holding positions with the 81st Readiness Division, multiple Legal Operations Detachments, Special Operations Command South, and the 758th Engineering Company, reflecting a long commitment to public service. In his civil practice, Markus has served on a trial team that obtained a verdict exceeding 100 million

dollars for a catastrophically injured client. He is admitted to practice in Florida and Texas and serves on the Florida Bar's Military and Veterans Committee.

**Jimmy Mintz**
**Senior Counsel**
Jimmy Mintz is Senior Counsel at Bryson and focuses his practice on class actions and mass arbitration matters that seek to vindicate consumer rights, particularly in the areas of consumer fraud and privacy violations. Before joining Bryson, Jimmy worked on a range of high stakes commercial and consumer litigation, including a decade-long private-trust dispute that culminated in an eight-week trial and a verdict in excess of 800 million dollars for his clients. He has also helped obtain favorable results in other jury trials and arbitrations and has authored successful appellate briefs before the Florida Third District Court of Appeal.

**Michael Dunn**
**Senior Associate**
Michael Dunn is a Senior Associate at Bryson and focuses on a variety of consumer protection class actions, including cases challenging unfair debt collection, landlord tenant disputes, junk fees, junk sales, and other deceptive practices in State and Federal Court. His past legal experience encompasses wage and hour, ERISA, personal injury, real estate, estate administration, business, employment law, employee benefits, and contract disputes, affording him the opportunity to play integral roles in securing judgments and settlements in several multimillion-dollar class actions.

**Offices**

Bryson maintains offices and attorneys in Raleigh, Miami, New York, Detroit, San Diego, St. Petersburg, and New Orleans, and routinely litigates cases nationwide in collaboration with co-counsel and local partners.