# Exhibit 7

*Zeichner, et al. v. NordVPN S.A., et al.*, No. 1:25-cv-2571 (ER)

**CLAIM FORM**

**Instructions**: You may be eligible for a payment as part of a class action settlement. To submit a claim for payment, please complete the form.

YOUR CONTACT INFORMATION

First Name: ____________________ Last Name: ________________________

U.S. Mailing Address: ______________________________________________________

Best Email to Reach You: [ ]

YOUR CLAIM INFORMATION

Notice ID Number (provided **in red** on the Notice email sent to you): [ ]

WHERE TO SEND MY PAYMENT (**PICK ONLY ONE**)

☐ PayPal

| | |
|---|---|
| | PayPal Account Email Address |

☐ Zelle

| | |
|---|---|
| | Zelle Account Email Address |
| | Zelle Account Phone Number |

☐ Venmo

| | |
|---|---|
| | Venmo Username |
| | Venmo Account Email Address |
| | Venmo Account Phone Number |

☐ Prepaid Mastercard

| | |
|---|---|
| Street address: | |
| City: | State: |
| Zip Code: | |

☐ Check

| | |
|---|---|
| Street address: | |
| City: | State: |
| Zip Code: | |

By submitting this claim form, I attest that I enrolled in an automatically renewing subscription to a Nord Service through NordVPN's website, nordvpn.com, and any other Nord-controlled websites including but not limited to nordcheckout.com between April 26, 2020 and January 1, 2025, while in the United States, and paid at least one subscription renewal charge that was not later fully refunded. I further consent to the use of the information provided to process my claim.

You must submit this claim form by [DATE].

Date: _______ Signature: ____________

If any of your information changes, you must promptly notify us by emailing info@XXXYYYY.com.

*If you have any questions about this claim form or the settlement, please read the full notice which is available at XXXXX.XXXXX.com. [On the electronic version of this, this should link to the Long Form Notice]*