Wittels McInturff Palikovic

October 6, 2026

**Via ECF**
Honorable Edgardo Ramos
United States District Court
40 Foley Square, Courtroom 619
New York, NY 10007

Re: ***Zeichner v. NordVPN S.A. et al.*, Case No. 1:25-cv-02571-ER**

Dear Judge Ramos:

On behalf of Plaintiffs and the proposed Class, we write with Defendants' consent to request an enlargement of the page limit on Plaintiffs' forthcoming memorandum of law in support of their unopposed motion for preliminary approval of the parties' proposed class action settlement.

Your Honor's Individual Practice 2.B.i limits memoranda of law in support of a motion to 25 pages. Plaintiffs respectfully request that they be permitted to file a brief that is up to 40 pages. The additional pages are needed to fully describe the proposed settlement's terms, the negotiation process leading to the settlement, the payment allocation plan, the multifaceted notice plan, to demonstrate that the settlement meets the fairness criteria under both Fed. R. Civ. P 23(e) and *City of Detroit v. Grinnell Corp.*, 495 F.2d 448 (2d Cir. 1974), that the proposed settlement class satisfies the criteria for certification, and that the notice plan exceeds the applicable requirements.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Ethan D. Roman
Ethan D. Roman

cc: *All counsel of record (via ECF)*

The application is X granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: October 7, 2026
New York, New York

305 Broadway, 7th Floor, NY, NY 10007 | +1 914 775 8862 | edr@wittelslaw.com | www.wittelslaw.com