**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JORDAN ZEICHNER, TIM PETERSON, MICHAEL SASGEN, LANZY KANDEH, RENE TIO, JOHN DADDABO, DENNIS HANSCOM, and CRAIG SCHNAPPINGER,

On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

NORDVPN S.A., TEFINCOM S.A. d/b/a NORDVPN, and NORDSEC B.V.,

Defendants.

Case No. 1:25-cv-02571-ER

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

On October 7, 2026, Plaintiffs filed an Unopposed Motion for Preliminary Approval of the Class Action Settlement and Related Relief. ECF No. 75. In response, Defendants NordVPN S.A., Tefincom S.A. d/b/a NordVPN, and Nordsec B.V. ("Defendants") submit this Notice of Non-Opposition pursuant to Local Civil Rule 7.1 to confirm that they do not oppose the preliminary approval sought in ECF No. 75.

Defendants also respectfully advise the Court that, on November 2, 2026, notice of the parties' unopposed class action settlement was issued to the appropriate federal and state officials as required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715. The parties have also been working with their jointly selected Settlement Administrator to prepare the notice process for implementation if the Court enters the proposed Preliminary Approval Order. *See* ECF No. 77-2.

Dated: November 6, 2026

Respectfully submitted,

**ZWILLGEN PLLC**

By: *<u>/s/ Adya S. Baker</u>*
Adya S. Baker (NYSB No. 5103270)
adya@zwillgen.com
183 Madison Ave, Suite 1601
New York, New York 10016
Telephone: (202) 706-5239
Fax: (202) 706-5298